AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>MARK FRIEDMAN<br>███████<br>*Defendant* | )<br>)<br>) Case No. 02-CR-48 (001)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

*FILED AUG 29 2012 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY*

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARK FRIEDMAN                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervised release

Date:   07/11/2012

*Michael J. Roemer*
*Issuing officer's signature*

City and state:   BUFFALO, NEW YORK

MICHAEL J. ROEMER, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09-11-2012, and the person was arrested on *(date)* 09-12-2012
at *(city and state)* District of New Jersey

Date:  09-13-2012

*arresting officer's signature*

*Jerold D. Olden*
*Printed name and title*